UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 05-30

UNITED STATES OF AMERICA ,                                                              PLAINTIFF

v.                                              **ORDER**

KENNETH DAY, et al.                                                                        DEFENDANTS

\* \* \* \* \* \*

On September 8, 2005, defendants Steven Neal Davidson and Jennifer Michelle Garrison filed Motions to Suppress Wiretap Evidence. (R. 363, 368). For grounds, both defendants adopted the reasoning asserted in a Motion to Suppress filed by a co-defendant, Jennings White, who subsequently entered pleas of guilty to eight (8) of the charges contained in the above indictment.

Consistent with local practice, the suppression motions were referred to the United States Magistrate Judge for a Report and Recommendation, which was filed on October 14, 2005. Based on his review of relevant facts, statutory requirements and applicable case law, the Magistrate Judge determined that the application for the wiretap adequately complied with the requirements of the wiretap statute, including 18 U.S.C. §2518(1)(c) and (3)(c). Accordingly, the Magistrate Judge recommended that the Motions to Suppress filed by all defendants, including Davidson and Garrison, be denied.

Neither Davidson nor Garrison filed objections to the Report and Recommendation within the ten (10) days designated by the Magistrate Judge. Wherefore, the Motions to Suppress [R. 363, 368] are hereby DENIED and the Magistrate Judge's Report and Recommendation entered herein on October 14, 2005, is adopted as the opinion of this

Court.

In addition to regular service by mail, a copy of this Order shall be transmitted forthwith to counsel of record by facsimile or by electronic filing.

Dated this 2nd day of November, 2005.

Signed By:

*Karen K. Caldwell*  KKC

**United States District Judge**